IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURA PENA-MUNOZ, | No. C 07-04528 SBA (PR) |
|     Petitioner, | **JUDGMENT** |
| v. | |
| PAUL COPENHAVEN, Warden, | |
|     Respondent. | |

Pursuant to the Order of Dismissal signed today, the petition is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: 5/8/08

                                                  SAUNDRA BROWN ARMSTRONG
                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURA PENA-MUNOZ, | Case Number: CV07-04528 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| PAUL COPENHAVEN et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maura Pena-Munoz 02726298
Federal Prison Camp - Dublin
5675 8th Street - Camp Parks
Dublin, CA 94568

Dated: May 9, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2